BANKERS & SHIPPERS INSURANCE CO. *v.* BLANDON.

This case in controlled by *Rodgers* v. *Blandon*, 294 Mich. 699.

Appeal from Wayne; Miller (Guy A.), J. Submitted June 13, 1940. (Docket No. 85, Calender No. 41,096.) Decided November 13, 1940.

Case by Bankers & Shippers Insurance Company, a foreign corporation, assignee of Horace L. Rodgers, and Horace L. Rodgers against Clarence G.

Blandon and Charles Hentz for damages to Rodgers' automobile as a result of a collision at a street intersection. Verdict and judgment for plaintiffs. Defendants appeal. Affirmed.

*Henry A. Platt* and *Samuel S. Platt* (*Thomas Conklin,* of counsel), for plaintiffs.

*Edward N. Barnard,* for defendants.

North, J. This suit arises out of the same facts and the appeal presents the same questions as were adjudicated in *Rodgers* v. *Blandon,* 294 Mich. 699, in which decision was rendered October 7, 1940. The judgment entered in the circuit court is affirmed. Costs to appellees.

Bushnell, C. J., and Sharpe, Boyles, Chandler, McAllister, Wiest, and Butzel, JJ., concurred.